# United States District Court

for the

## Eastern District of Pennsylvania

U.S.A. vs. Edward M. Mezvinsky                                   Case No. 2:01CR00156-01

### Petition on Supervised Release

COMES NOW Carla S. Benjamin U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Edward M. Mezvinsky who was placed on supervised release by the Honorable Stewart Dalzell sitting in the Court at Philadelphia, PA, on the 9th day of January, 2003, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

**ORIGINAL OFFENSE:** Bank fraud (Counts One, Two, Six, Eight, 27); wire fraud (Counts One, 16, 24, 29, 33, 35, 37, 38, 45, 46, 49, 54, 57, 67); mail fraud (Counts Four, Nine, 28, 34, 47, 68); false statements to a financial institution (Counts Seven and 53); filing a false tax return (Counts 59 and 60); false statement to an agency of the United States (Count 61); structuring currency transactions (Count 66)

**ORIGINAL SENTENCE:** The offender was committed to the custody of the U.S. Bureau of Prisons for a period of eighty (80) months to be followed by a five (5) year term of supervised released. A $3,000.00 special assessment was ordered.

**SPECIAL CONDITIONS:** 1) The defendant shall pay restitution in the amount of $9,399,354.47. A monthly payment will be established when the defendant's period of supervised release commences.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Mezvinsky's current restitution balance is $8,108,827.75. He has submitted $15,185.36 in payments. The special assessment has been satisfied.

Mr. Mezvinsky resides in Wellsville, New York, and has been under the supervision of the U.S. Probation Office in the Western District of New York since commencing supervision on April 11, 2008. According to the supervising U.S. Probation Officer in the Western District of New York, Mr. Mezvinsky has been compliant with the conditions of supervised release.

FOIA EXEMPT

RE: MEZVINSKY, Edward M.
Case No. 2:01CR00156-01

It is recommended that Mr. Mezvinsky's term of supervised release be permitted to terminate as scheduled. According to Section 18 U.S.C. §3613 (b), the liability to pay a fine shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment of the person fined, or upon the death of the individual fined. In addition, according to Section 18 U.S.C. §3613 (f), in accordance with §3664 (m)(1)(A) of this title, all provisions of this section are available to the United States for the enforcement of an order of restitution. Mr. Mezvinsky's supervision is scheduled to expire on April 10, 2013. Mr. Mezvinsky has agreed to continue submitting monthly payments to the U.S. Clerk of Court after case expiration until his debt is satisfied.

**PRAYING THAT THE COURT WILL ORDER...**   **THAT THE TERM OF SUPERVISED RELEASE BE PERMITTED TO TERMINATE AS ORIGINALLY SCHEDULED ON APRIL 10, 2013, WITH AN OUTSTANDING RESTITUTION BALANCE.**

I declare under penalty of perjury that the foregoing is true and correct.

Thomas S. Adamczyk
Supervising U.S. Probation Officer

Place Philadelphia, PA
Date March 14, 2013

ORDER OF THE COURT

Considered and ordered this ___18th___ day of ___March___, ___2013___ and ordered filed and made part of the records in the above case.

U.S. District Court Judge

3/18/13 cc: Curtis Benjamin

2