```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :
                                 :
          v.                     :
                                 :
EDWARD M. MEZVINSKY              :       CRIM. NO. 01-156
```

ORDER

AND NOW, this 29th day of July, 2013, upon consideration of the Government's motion to amend restitution judgment (docket no. 154), which the defendant and his counsel do not oppose, and in view of the Pennsylvania Lawyers Fund for Client Security (the "Fund") having paid $150,000 to Morton and Ronne Tener, and $75,000 to Dr. Jason Theodosakis as compensation for losses these victims incurred as a result of defendant's criminal conduct, and these payments affecting defendant's restitution obligations, and in the interests of justice, it is hereby ORDERED that:

      1.   The Government's motion is GRANTED;

      2.   Thus, this Court's October 31, 2011 Order (docket no. 152), which addressed these payments, is RESCINDED AND SUPERSEDED by this Order;

      3.   This Court's Judgment of January 13, 2003 is AMENDED to provide that the total amount owed to Mr. and Mrs. Tener is $568,000 (reduced from $718,000 as a result of the Fund's $150,000 payment to them);

      4.   The January 13, 2003 Judgment is also AMENDED to

provide that the total amount owed to Dr. Theodosakis is $558,278.81 (reduced from $633,278.81 as a result of the Fund's $75,000 payment to him);

      6.    Lastly, the January 13, 2003 Judgment is AMENDED to add the Fund as a substitute victim owed a total of $225,000, but the Fund shall not be paid any restitution until all other restitution victims listed in the Judgment (including the Teners and Dr. Theodosakis) have received payment in full; and

      7.    In all other respects, the restitution set forth in the January 13, 2003 Judgment as to all other victims shall remain unchanged.

                                            BY THE COURT:

                                            /s/ Stewart Dalzell, J.
                                            Stewart Dalzell, J.